**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:08CV357**

| | |
|---|---|
| DISH NETWORK L.L.C.; ECHOSTAR TECHNOLOGIES L.L.C.; and NAGRASTAR L.L.C., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>ANTHONY (TONY) JAMES HIPPS; MICHAEL STROUPE; and d/b/a DIGITAL INNOVATIONS, a fictitious name for an Unregistered North Carolina business,<br>)<br>)<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' motion for admission *pro hac vice* of John M. McLaughlin, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and John M. McLaughlin, is hereby granted special admission to the bar of

this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: August 5, 2008

Lacy H. Thornburg
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants