# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV357

| | |
|---|---|
| DISH NETWORK L.L.C.; ECHOSTAR TECHNOLOGIES L.L.C.; and NAGRASTAR L.L.C., )<br><br>Plaintiffs, )<br><br>Vs. )<br><br>ANTHONY (TONY) JAMES HIPPS; MICHAEL STROUPE; and d/b/a DIGITAL INNOVATIONS, a fictitious name for an Unregistered North Carolina business, )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' motion to unseal the pleadings herein.

For the reasons stated in the motion and it appearing to the Court that it is no longer necessary for this case to remain under seal,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and the Clerk is directed to unseal all pleadings herein and make the entire

case available for viewing and electronic filing through the Court's CM/ECF system.

Signed: September 22, 2008

Lacy H. Thornburg
United States District Judge