# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08cv357

| | |
|---|---|
| DISH NETWORK L.L.C.; ECHOSTAR TECHNOLOGIES L.L.C.; and NAGRASTAR L.L.C., <br><br> Plaintiffs, <br><br> Vs. <br><br> ANTHONY (TONY) JAMES HIPPS; and MICHAEL STROUPE d/b/a/ Digital Innovations, a fictitious name for an unregistered North Carolina business, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the court on plaintiffs' Motion to Dispense with Mediation. For cause, plaintiffs show the court that they have likely resolved this action as to one pro se defendant, but that the other pro se defendant is unresponsive and is very unlikely to participate in mediation. Having considered plaintiffs' motion and reviewed the pleadings, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion to Dispense with Mediation (#33) is **GRANTED,** and the requirement of mediation in this matter is **STRICKEN.**

Signed: June 8, 2009

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge